facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra*.

**No. 58244.**—Acrow, Incorporated, and Frank P. Dow Co., Inc. *v.* United States, protests 173548–K, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores similar in all material respects to those involved in Abstract 57727, the claim of the plaintiffs was sustained.

**No. 58245.**—Acrow, Incorporated, and Frank P. Dow Co., Inc. *v.* United States, protests 207801–K, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.

**No. 58246.**—Acrow, Incorporated, and Frank P. Dow Co., Inc. *v.* United States, protest 217527–K (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.

**No. 58247.**—M. E. Dey & Company, Inc. *v.* United States, protest 174602–K (Milwaukee).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of cheesecloth similar in all material respects to that the subject of *Davies, Turner & Company* v. *United States* (39 C. C. P. A. 76, C. A. D. 466), the claim of the plaintiff was sustained.